UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Grace Investments, Inc., a
Minnesota corporation,

        Plaintiff,                        Civil No. 06-1041 (RHK/AJB)

vs.                                    **DISQUALIFICATION AND**
                                          **ORDER FOR REASSIGNMENT**

Global Energy Trust, Ltd., an
Indiana corporation, St. Austell's
Trust, a California entity, Leonard G.
Becker, individually, Joyce A. Becker,
individually, George Davis, individually,

        Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 14, 2006

                                                            s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge